# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Federal Home Loan Mortgage Association,      Civ. No. 13-2136 (MJD/JJK)

    Plaintiff,

v.

                                             **ORDER**

Juanita Ville, John Doe and Mary Roe,

    Defendants.

---

Gerald G. Workinger, Jr., Esq. and Kevin T. Dobie, Esq., Usset, Weingarden & Liebo LLP, counsel for Plaintiff.

William B. Butler Esq., Butler Liberty Law, LLC, counsel for Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 12, 2013.  Defendant filed an objection[1] to that Report and Recommendation, claiming that this Court must exercise jurisdiction over this matter, as it involves federal question jurisdiction.

---

[1] By Order dated January 14, 2014 (Civil No. 13-mc-49 (MJD)(Doc. No. 10)), this Court suspended attorney William B. Butler from the practice of law in the United States District Court, District of Minnesota, effective December 26, 2013.  Because Defendant's objection was filed prior to his suspension, the Court has considered the objection in making its decision.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED**[2] that:

1. This action is remanded to Minnesota State District Court, First Judicial District, County of Dakota.

2. The Clerk of Court is hereby directed to mail a copy of this Order to William B. Butler, 33 South Sixth St., Suite 4100, Minneapolis, MN 55402.

Date:  January 28, 2014                          s/ Michael J. Davis
                                                 MICHAEL J. DAVIS
                                                 Chief Judge
                                                 United States District Court

---

[2] Attorney Butler is reminded of his obligation to notify his client of the Court's decision herein.